UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WILLIE THOMPSON,　　　　　　　　　　　　　　:

　　　　　　　　　　Plaintiff,　　　　　　　　　:

　　　　-against-　　　　　　　　　　　　　　　:

MICHAEL J. ASTRUE, Commissioner of Social　 :
Security,

　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　Defendant.
----------------------------------------------------------------x

07 Civ. 8039 (SHS) (GWG)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

　　　　The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

　　　If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

XX Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

　　　Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e., motions requiring a Report and Recommendation)

　　　Particular Motion: defendant Morgenthau's motion to dismiss the amended complaint

Dated: New York, New York
　　　　January 14, 2008

SO ORDERED.

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.