UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIE THOMPSON,                                :

        Plaintiff,                      :  **SCHEDULING ORDER**

    -against-                              :
                                               07 Civ. 8039 (GWG),
COMMISSIONER OF SOCIAL SECURITY, :
        Defendant.
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A complaint and answer having been filed in this matter, IT IS HEREBY ORDERED that:

      1.   On or before April 7, 2008, defendant shall serve and file a motion for judgment on the pleadings.

      2.   On or before May 7, 2008, plaintiff shall serve and file a memorandum of law in opposition.

      3.   On or before May 21, 2008, defendant may serve and file a memorandum of law in reply.

      4.   Should plaintiff fail to oppose defendant's motion, this Court will decide the motion based solely on the defendant's submission.

      SO ORDERED.

Dated: New York, New York
       February 21, 2008

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge

Copies mailed to:

David M. Wagner
Freedman, Wagner, Tabakman & Weiss
130 North Main Street
New City, NY 10956

Susan D. Baird
Assistant Uniited States Attorney
86 Chambers St., 3rd Fl.
New York, NY 10007