

**United States Attorney**
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, New York 10007

April 7, 2008

**BY FAX**

Honorable Gabriel W. Gorenstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

DATE FILED: 4/8/08

    Re: <u>Willie Thompson v. Astrue</u>
       07 Civ. 8039 (GWG)

Dear Judge Gorenstein:

    The Court issued a briefing schedule in the above-referenced Social Security case requiring the Government to file a motion for judgment on the pleadings by April 7, 2008, plaintiff to file an opposition brief by May 7, 2008, and the Government to reply by May 21, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the briefing schedule for this case be adjourned for two weeks, as follows: Government's motion for judgment on the pleadings by April 21, 2008, plaintiff to file an opposition brief by May 21, 2008, and the Government to reply by June 4, 2008. The reason for this request is a vacation taken by the undersigned. No prior adjournment of the briefing schedule has been requested. we appreciate the Court's consideration of this matter.

    Respectfully,

    MICHAEL J. GARCIA
    United States Attorney

By: /s/ Susan D. Baird
    SUSAN D. BAIRD
    Assistant United States Attorney
    tel. (212) 637-2713
    fax (212) 637-2750

*[Handwritten: Granted. (Why does one wait until literally the last day to make this request?)]*

*[Handwritten: SO ORDERED: DATE: 4/7/2008]*
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

cc: (BY FAX) David M. Wagner, Esq.