

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 2, 2008

BY FAX

Honorable Gabriel W. Gorenstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re:  Willie Thompson v. Astrue
07 Civ. 8039 (GWG)

Dear Judge Gorenstein:

Pursuant to the briefing schedule in the above-referenced Social Security case, the Government's opposition to plaintiff's motion for judgment on the pleadings is due June 4, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the date for the Government's brief be adjourned until July 3, 2008. The reason for this request is to allow the Social Security Administration sufficient time to evaluate its litigation position in this matter. No prior adjournment of the date of the Government's opposition brief has been requested. We appreciate the Court's consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:

SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc:  (BY FAX) David M. Wagner, Esq.

Granted

SO ORDERED:   DATE: 6/3/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE